■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL JONES, Appellant. [57 NYS3d 892]—Appeal by the defendant from an order of the Supreme Court, Kings County (Brennan, J.), dated September 10, 2015, which denied, after a hearing, his motion pursuant to CPL 440.10 to vacate a judgment of the same court (Juviler, J.) rendered April 13, 1990,

convicting him of manslaughter in the second degree (two counts) and assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the order is affirmed.

The Supreme Court did not err in finding, on the totality of the record, that the defendant was not deprived of his right to the effective assistance of counsel (*see Strickland v Washington*, 466 US 668, 688 [1984]; *People v Baldi*, 54 NY2d 137, 147 [1981]; *People v Casey*, 149 AD3d 771 [2017]). Counsel made a strategic decision to forgo an alibi defense, and to mount a defense based on an attack on the credibility of the People's case, which relied heavily on the testimony of an accomplice who had agreed to testify against the defendant in exchange for a lesser sentence.

Additionally, the Supreme Court correctly denied the defendant's motion to vacate the judgment of conviction on the ground that the defendant is actually innocent. The defendant failed to meet his burden of establishing by clear and convincing evidence that he is actually innocent (*see generally People v Hamilton*, 115 AD3d 12, 27 [2014]). Balkin, J.P., Roman, Sgroi and Duffy, JJ., concur.